FILED BY KAN D.C.

Oct 21, 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**26-20452-CR-BECERRA/SANCHEZ**

**CASE NO.** ____________________

**18 U.S.C. § 932(b)**
**18 U.S.C. § 933**
**18 U.S.C. § 922(g)(1)**
**18 U.S.C. § 922(o)(1)**
**18 U.S.C. § 924**
**18 U.S.C. § 934**

**UNITED STATES OF AMERICA**

**v.**

**JOSE ALEJANDRO CANDELARIO,**
**and**
**ANDRES JESUS GARCIA,**
**a/k/a "Bebo,"**
**a/k/a/ "YoYo,"**

**Defendants.**
______________________________________/

# INDICTMENT

The Grand Jury charges that:

## COUNT 1
**Conspiracy to Straw Purchase Firearms**
**18 U.S.C. §§ 932(b)(2), (b)(3) and (c)(2)**

Between on or about June 29, 2026, and continuing through on or about September 18, 2026, in the Southern District of Florida, and elsewhere, the defendants,

**JOSE ALEJANDRO CANDELARIO,**
**and**
**ANDRES JESUS GARCIA,**
**a/k/a "Bebo,"**
**a/k/a/ "YoYo,"**

did willfully combine, conspire, confederate, and agree with each other and with other persons known and unknown to the Grand Jury, to purchase a firearm in and otherwise affecting interstate

and foreign commerce for, and on behalf of, and at the request and demand of another person, knowing and having reasonable cause to believe that such person intended to use, carry, possess, and sell and otherwise dispose of the firearm in furtherance of a felony.

In violation of Title 18, United States Code, Sections 932(b)(2), 932(b)(3) and 932(c)(2).

**COUNT 2**
**Trafficking in Firearms Conspiracy**
**18 U.S.C. §§ 933(1) and (a)(3)**

Beginning on or about June 29, 2026, and continuing through on or about September 18, 2026, in the Southern District of Florida, and elsewhere, the defendants,

**JOSE ALEJANDRO CANDELARIO,**
**and**
**ANDRES JESUS GARCIA,**
**a/k/a "Bebo,"**
**a/k/a/ "YoYo,"**

did willfully combine, conspire, confederate, and agree with each other and with other persons known and unknown to the Grand Jury, to ship, transport, transfer, and otherwise dispose of any firearm to another person, in and otherwise affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of the firearm by recipient would constitute a felony, meaning any offense under Federal and State law punishable by imprisonment for a term exceeding one (1) year.

In violation of Title 18, United States Code, Sections 933(a)(1), (a)(3), and (b), and 2.

**COUNT 3**
**Possession of a Firearm and Ammunition by a Convicted Felon**
**18 U.S.C. § 922(g)(1)**

On or about July 23, 2026, in Miami-Dade County, in the Southern District of Florida, the defendant,

**JOSE ALEJANDRO CANDELARIO,**

knowingly possessed a firearm and ammunition in and affecting interstate and foreign commerce, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 922(g)(1).

It is further alleged that the firearms and ammunition were:

1). One (1) Ruger, LCP II, .22 caliber, serial number 380543134;
2). One (1) Glock GMBH, 19X, .9mm caliber serial number BPNL843;
3). One (1) Glock GMBH, 43X, .9mm caliber serial number CDLX903; and
4). 47 rounds of assorted ammunition.

**COUNT 4**
**Possession of a Firearm and Ammunition by a Convicted Felon**
**18 U.S.C. § 922(g)(1)**

On or about July 30, 2026, in Miami-Dade County, in the Southern District of Florida, the defendant,

**JOSE ALEJANDRO CANDELARIO,**

knowingly possessed a firearm and ammunition in and affecting interstate and foreign commerce, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 922(g)(1).

It is further alleged that the ammunition was assorted caliber, and the firearms were:

1). One (1) Glock GMBH, 43X, .9mm caliber, serial number CALV247;
2). One (1) Glock Inc., 19, .9mm caliber, serial number AFDM330;
3). One (1) Masterpiece Arms, Defender, .9mm caliber, serial number FX71488;
4). One (1) Romarm/Cugir, Micro Draco, .762 caliber, serial number ROA23PMD-45671;
5). 48 rounds of assorted .9mm ammunition; and
6). 33 rounds of assorted .762 ammunition.

**COUNT 5**
**Unlawful Possession of a Machine Gun**
**18 U.S.C. § 922(o)(1)**

On or about July 30, 2026, in Miami-Dade County, in the Southern District of Florida, the defendant,

**JOSE ALEJANDRO CANDELARIO,**

did knowingly possess a machine gun, as defined in Title 26, United States Code, Section 5845(b) and Title 18, United States Code, Section 921(a)(24), in that the defendant possessed (i) any weapon which shoots, is designed to shoot, and can be readily restored to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger, and (ii) machinegun conversion devices, in violation of Title 18, United States Code, Section 922(o)(1).

**COUNT 6**
**Possession of a Firearm and Ammunition by a Convicted Felon**
**18 U.S.C. § 922(g)(1)**

On or about August 27, 2026, in Miami-Dade County, in the Southern District of Florida, the defendant,

**JOSE ALEJANDRO CANDELARIO,**

knowingly possessed a firearm and ammunition in and affecting interstate and foreign commerce, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 922(g)(1).

It is further alleged that the firearms and ammunition were:

1). One (1) Del-Ton Inc., DTI-16, .556 caliber, serial number S272047;

2). One (1) HS Product (IM Metal), XDS, .40 caliber, serial number S3533795;

3). One (1) Israel Weapon IND-IWI (Israel Military IND-IWI), Uzi Pro, .9mm caliber, serial number U0002662; and

4). One (1) Smith & Wesson, M&P 15, .223 caliber, serial number TT760665.

5). Six (6) rounds of Federal .40mm caliber ammunition; and

6). 20 rounds of assorted .223 caliber ammunition.

**COUNT 7**
**Possession of a Firearm and Ammunition by a Convicted Felon**
**18 U.S.C. § 922(g)(1)**

On or about September 14, 2026, in Miami-Dade County, in the Southern District of Florida, the defendant,

**JOSE ALEJANDRO CANDELARIO,**

knowingly possessed a firearm and ammunition in and affecting interstate and foreign commerce, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 922(g)(1).

It is further alleged that the firearms and ammunition were:

1). One (1) Palmetto State Armory, M4A1 Carbine .556 caliber, serial number W3003187;

2). One (1) PMF, .556 caliber, no serial number;

3). One (1) Veterans Tactical Solutions, LLC, VTS-15, multi caliber, serial number VTSS01425;

4). One (1) Maverick Arms (Eagle Pass, Tx), 88, 12-gauge, serial number MV2175606;

5). Glock, Inc., 26Gen4, .9mm caliber, serial number AKPD693;

6). Glock, GMBH, 30, .45 caliber, serial number VHM147;

7). One (1) Smith & Wesson, Bodyguard, .380 caliber, serial number ENW6482;

8). One (1) HS Product (IM Metal), XDM Elite, .10 caliber, serial number BB532564;

9). ZASTAVA, PAP M92 PV, .762 caliber, serial number M92PV040549;

10). One (1) PMF, .762 caliber, no serial number; and

11). Assorted rounds of .762 and .556 ammunition.

**COUNT 8**
**Possession of a Firearm and Ammunition by a Convicted Felon**
**18 U.S.C. § 922(g)(1)**

On or about September 17, 2026, in Miami-Dade County, in the Southern District of Florida, the defendant,

**JOSE ALEJANDRO CANDELARIO,**

knowingly possessed a firearm and ammunition in and affecting interstate and foreign commerce, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 922(g)(1).

It is further alleged that the firearms and ammunition were:

1). One (1) Green Creek Arsenal, BC9, .9mm, serial number L00935;
2). One (1) HS Product (IM Metal), XD9, .9mm, serial number BF483276;
3). One (1) Glock, 41, .45 caliber, serial number BYZK974;
4). One (1) Anderson Manufacturing, AM-15, multi caliber, serial number 15049077;
5). One (1) Staccato (STI), P4, .9mm, serial number P4-16969;
6). One (1) Staccato (STI), P4, .9mm, serial number P4-17123;
7). One (1) Glock, 17, .9mm, serial number BLEU527; and
8). One (1) Glock 43X, .9mm, serial number CGYH073.

**FORFEITURE ALLEGATIONS**

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **JOSE ALEJANDRO CANDELARIO**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Sections 932 and 933, as alleged in this Indictment, the defendants shall forfeit to the United States (a) any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of such offense, and any of the person's property used, or intended to be used, in any manner or

part, to commit, or to facilitate the commission of, such offense, pursuant to Title 18, United States Code, Section 934(a)(1); and (b) any firearm and ammunition involved in or used in the commission of such offense, pursuant to Title 18, United States Code, Sections 934(a)(1)(b) and 924(d)(1).

3. Upon conviction of a violation of Title 18, United States Code, Sections 922(g), 922(o), or any other criminal law of the United States, as alleged in this Indictment, the defendant shall forfeit to the United States any firearm and ammunition involved in or used in the commission of such offense, pursuant to Title 18, United States Code, Section 924(d)(1).

All pursuant to Title 18, United States Code, Sections 933, 934, 924(d)(1), and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

BREEZYE TELFAIR
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA** **CASE NO.:** ______________________

**v.**

**JOSE ALEJANDRO CALENDARIO, and**
**ANDRES JESUS GARCIA**
**Defendants.** /

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) No
Number of New Defendants _____
Total number of new counts _____

**Court Division** (select one)
☑ Miami ☐ Key West ☐ FTP
☐ FTL ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.
3. Interpreter: (Yes or No) No
   List language and/or dialect: ____________
4. This case will take 5 days for the parties to try.
5. Please check appropriate category and type of offense listed below:

| (Check only one) | | (Check only one) |
|---|---|---|
| I | ☑ 0 to 5 days | ☐ Petty |
| II | ☐ 6 to 10 days | ☐ Minor |
| III | ☐ 11 to 20 days | ☐ Misdemeanor |
| IV | ☐ 21 to 60 days | ☑ Felony |
| V | ☐ 61 days and over | |

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge ____________ Case No. ____________
7. Has a complaint been filed in this matter? (Yes or No) Yes
   If yes, Judge Lauren Fleischer Louis Magistrate Case No. 26-MJ-03719-LFL
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge ____________ Case No. ____________
9. Defendant(s) in federal custody as of September 18, 2026
10. Defendant(s) in state custody as of ____________
11. Rule 20 from the ________ District of ________
12. Is this a potential death penalty case? (Yes or No) No
13. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
14. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No
15. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No
16. Did this matter involve the participation of or consultation with Magistrate Judge Yeney Hernandez during her tenure at the U.S. Attorney's Office, which concluded on April 2, 2026? No
17. Did this matter involve the participation of or consultation with Magistrate Judge Brandy Brentari Galler during her tenure at the U.S. Attorney's Office, which concluded on July 31, 2026? No

By: ____________________
for Breezye Telfair
Assistant United States Attorney
Florida Bar No. 18055

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name:** JOSE ALEJANDRO CANDELARIO

**Case No:** ______

Count #: 1

Conspiracy to Straw Purchase Firearms

18 U.S.C. §§ 932(b)(2), (3) and (c)(2)
*** Max. Term of Imprisonment: 15 years**
*** Mandatory Min. Term of Imprisonment (if applicable): N/A**
*** Max. Supervised Release: 3 years**
*** Max. Fine: $250,000**

Count #: 2

Trafficking in Firearms Conspiracy

18 U.S.C. §§ 933(1) and (a)(3)
*** Max. Term of Imprisonment: 15 years**
*** Mandatory Min. Term of Imprisonment (if applicable): N/A**
*** Max. Supervised Release: 3 years**
*** Max. Fine: $250,000**

Count #: 3-4, 6, and 7-8

Possession of a Firearm and Ammunition by a Convicted Felon

18 U.S.C. § 922(g)(1)
*** Max. Term of Imprisonment: 15 years**
*** Mandatory Min. Term of Imprisonment (if applicable): N/A**
*** Max. Supervised Release: 3 years**
*** Max. Fine: $250,000**

***Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

Count #: 5

Possession of a Machine Gun

18 U.S.C. § 922(o)(1)

*** Max. Term of Imprisonment:**
*** Mandatory Min. Term of Imprisonment (if applicable):**
*** Max. Supervised Release:**
*** Max. Fine:**

***Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name:** ANDRES JESUS GARCIA

**Case No:** ______

Count #: 1

Conspiracy to Straw Purchase Firearms

18 U.S.C. §§ 932(b)(2), (3) and (c)(2)
*** Max. Term of Imprisonment: 15 years**
*** Mandatory Min. Term of Imprisonment (if applicable): N/A**
*** Max. Supervised Release: 3 years**
*** Max. Fine: $250,000**

Count #: 2

Trafficking in Firearms Conspiracy

18 U.S.C. §§ 933(1) and (a)(3)
*** Max. Term of Imprisonment: 15 years**
*** Mandatory Min. Term of Imprisonment (if applicable): N/A**
*** Max. Supervised Release: 3 years**
*** Max. Fine: $250,000**

***Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**